JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE ROBLES, | No. CV 13-7693-CW |
| Petitioner, | JUDGMENT |
| v. | |
| G.D. LEWIS (Warden), | |
| Respondent. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: December 7, 2015

*Carla M. Woehrle*
CARLA M. WOEHRLE
United States Magistrate Judge